**P. Mark SHAFER, Plaintiff—Appellant,**

v.

**Robert HARTMAN, Acting Supervisor C & O Canal NPS; Lisa Mendelson–Ielmini, Deputy Regional Director—NPS Capital Region; John Doe, Acting Deputy Regional Director NPS; U.S. Government, Washington, DC, Defendants—Appellees.**

No. 08–6553.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 16, 2008.

Decided: Sept. 19, 2008.

P. Mark Shafer, Appellant Pro Se.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

P. Mark Shafer appeals the district court's order dismissing his complaint filed pursuant to 42 U.S.C. §§ 1985, 1986 (2000), and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Shafer v. Hartman,* No. 8:08–cv00577–PJM (D.Md. Mar. 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*